IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHELLY D. HUMBER                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:05CV25-D-A

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY                                                                 DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the Report and Recommendation that the United States Magistrate Judge entered in this cause has been duly served by first class mail upon counsel for the Plaintiff and by first class mail upon the attorney of record for the Defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that**:**

1. The subject Report and Recommendation of the Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. this cause is REMANDED to the Administrative Law Judge for further proceedings consistent with this court's opinion.

THIS, the 6th day of March 2006.

/s/ Glen H. Davidson
Chief Judge